UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-92-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RICHARD BLAKE TURNER ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 38 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 23rd day of March, 2017.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE